**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **RUBEN VILLALOBOS FALLAS,** | **Civil Action No. 26-8176 (SDW)** |
| **Petitioner,** | |
| **v.** | **OPINION** |
| **LUIS SOTO, et al.,** | |
| **Respondents.** | |

**IT APPEARING THAT:**

1.      Presently before this Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") by Petitioner Ruben Villalobos Fallas, who is presently detained by Immigration and Customs Enforcement ("ICE") in Delaney Hall Detention Facility, located in New Jersey.  (ECF No. 1).

2.      Petitioner is a citizen of Costa Rica, who entered the United States in 2018.  (ECF No. 5 at 1).

3.      Petitioner was detained by ICE on July 1, 2026 and charged with being a noncitizen "present in the United States who has not been admitted or paroled."  (ECF No. 5-1).

4.      This Petition followed on July 3, 2026.   (ECF No. 1).

5.      Respondents assert that Petitioner agreed to voluntary departure on July 1, 2026. (ECF Nos. 5-2 & 5-3).  Petitioner did not file a reply.

6.      Petitioner does not dispute that he "expressly consented to his continued detention by ICE in order to obtain the benefit of voluntary departure."  (ECF No. 5 at 2).  Therefore, the Petition will be dismissed as moot.

7.      An appropriate order follows.


                                        /s/ Susan D. Wigenton
                                **SUSAN D. WIGENTON, U.S.D.J.**