**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **RUBEN VILLALOBOS FALLAS,** | Civil Action No. 26-8176 (SDW) |
| **Petitioner,** | |
| v. | **ORDER** |
| **LUIS SOTO, et al.,** | |
| **Respondents.** | |

This matter comes before this Court on Petitioner Ruben Villalobos Fallas's petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") (ECF No. 1) and Respondents' answer in opposition (ECF No. 5).  For the reasons set forth in the accompanying Opinion filed herewith,

**IT IS** on this 21st day of July, 2026

**ORDERED** that the Petition at ECF No. 1 is **DISMISSED AS MOOT**; and it is further

**ORDERED** that any restrictions imposed by this Court on Petitioner's location are **LIFTED**; and it is finally

**ORDERED** that the Clerk shall **CLOSE** this case.


　　　　　　　　　　　　　　　　　　　　/s/ Susan D. Wigenton
　　　　　　　　　　　　　　　　**SUSAN D. WIGENTON, U.S.D.J.**